IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steadman, Charles

Printed: 12/16/08

Case Number: 07 B 23476
Judge: Hollis, Pamela S
Filed: 12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 3, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,070.00 |  |
| Secured: |  | 4,740.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 329.55 |
| Other Funds: |  | 0.00 |
| Totals: | 5,070.00 | 5,070.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 98,980.21 | 4,535.74 |
| 4. | CitiMortgage Inc | Secured | 4,467.00 | 204.71 |
| 5. | ECast Settlement Corp | Unsecured | 343.88 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 2,080.96 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 303.12 | 0.00 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 10. | Aspire Visa | Unsecured |  | No Claim Filed |
| 11. | Specialized Urologic Cons | Unsecured |  | No Claim Filed |
| 12. | Heather Medical Associates | Unsecured |  | No Claim Filed |
|  |  |  | $ 106,175.17 | $ 4,740.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 329.55 |
|  | $ 329.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Steadman, Charles | Case Number: 07 B 23476 |
| | Judge: Hollis, Pamela S |
| Printed: 12/16/08 | Filed: 12/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

